# Court of Appeals
# of the State of Georgia

ATLANTA, September 27, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0029. FIRST AMERICAN TITLE INSURANCE COMPANY et al. v. HOLLAND et al.**

This case is before us on Appellee's motion to dismiss the appeal. The order appealed from was entered on April 19, 2012. The trial judge signed a certificate of immediate review on April 30, 2012, but it was not filed with the clerk of court until May 1, 2012.

OCGA § 5-6-34 (b) provides in pertinent part: "Where the trial judge in rendering an order, decision, or judgment, not otherwise subject to direct appeal, . . . certifies within ten days of entry thereof that the order, decision, or judgment is of such importance to the case that immediate review should be had, the Supreme Court or the Court of Appeals may thereupon, in their respective discretions, permit an appeal to be taken from the order, decision, or judgment if application is made thereto within ten days after such certificate is granted."

The Supreme court has interpreted this Code section to require "that the certificate must be filed with the clerk of the trial court or 'entered' within the ten-day period in order to secure immediate review of a non-final judgment; and if the certificate is not entered within the ten-day period, then the party seeking review will merely have to await a final judgment in the case before he can obtain review of interlocutory judgments entered in the trial court." *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). In this case, the certificate of immediate review was not

filed within ten days of the trial court's order; therefore, this Court lacks jurisdiction to consider this appeal. OCGA § 5-6-34 (b). Appellee's motion to dismiss the appeal is granted and the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/27/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*